# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3296

_____

Randall Johnson,                             *
                                             *
             Appellant,                      *
                                             *   Appeal from the United States
      v.                                     *   District Court for the
                                             *   Eastern District of Missouri.
Larry Rowley,                                *      [UNPUBLISHED]
                                             *
             Appellee.                       *

_____

Submitted:   May 20, 2002

Filed:   May 23, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Randall Johnson appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. For the reasons stated by the district court, we agree that the state court's decision was neither contrary to nor an unreasonable application of clearly

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, now retired.

established federal law.  The judgment of the district court is therefore affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.